UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,                                   Case No. 1:13-cv-00534-RJJ

v.

JOHN DOE, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  P. Nicoletti

RE:  Motion to Strike – #16 **[Exhibit C]**

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  Local Civil Rule 5.7(d)(vii) requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290-2742 or (616) 456-2206.

                                           TRACEY CORDES
                                           CLERK OF COURT

Dated:  October 17, 2013       By:  /s/ G. Frayer_____
                                              Deputy Clerk