UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,
           Plaintiff(s),

Case No. 1:13-cv-00534

v.

Hon. Robert J. Jonker

QUYEN HONG,
           Defendant(s).
_____/

## NOTICE OF SELECTION OF STANDARD TRACK CASE EVALUATION PANEL

To:    All Counsel

    The following persons, having no conflicts of interest, have agreed to serve as case evaluators in this matter:

William M. Azkoul, Gruel Mills Nims & Pylman PLLC, 99 Monroe Avenue NW, Ste. 800, Grand Rapids, MI 49503, 616.235.5500, wmazkoul@gmnp.com

Douglas A. Dozeman, Warner Norcross & Judd LLP, 111 Lyon St. NW, Ste. 900, Grand Rapids, MI 49503, 616.752.2148, ddozeman@wnj.com

Robert J. Sayfie, Robert J. Sayfie PC, 161 Ottawa Ave., NW, Ste. 407, Grand Rapids, MI 49503, 616.774.9244, robert@sayfie.com

William M. Azkoul will serve as the chairperson and host the hearing at the offices of Gruel Mills Nims & Pylman PLLC in Grand Rapids, MI 49503. The hearing is to be held **no later than** September 30, 2014.

**Plaintiff's counsel shall promptly coordinate schedules and efile the notice of hearing, including in the notice due dates for fees and briefs.** Please refer to the Case Evaluation Program Description available on the Court's website at: http://www.miwd.uscourts.gov/ADR/ce_program_desc.htm. for specific guidelines.

Dated: December 3, 2013                /s/ *Julie Lenon*
                                                  Julie Lenon
                                                  Acting ADR Administrator

cc: Evaluators (via email)