UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 1:13-cv-00534 |
| v. | ) Judge: Hon. Robert J. Jonker |
| QUYEN HONG, | ) |
| Defendant. | ) |

Paul J. Nicoletti, Esq. (P44419)
NICOLETTI & ASSOCIATES, PLLC
Attorneys for Plaintiff
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
(248) 203-7800
paul@nicoletti-associates.com

Joshua P. Fahlsing (P72737)
FAHLSING LAW PLLC
Attorney for Defendant
29 Pearl Street N.W., Suite 145
Grand Rapids, MI 49503
(616) 558-2592
joshfahlsing@gmail.com

## CERTIFICATE OF SERVICE

    Joshua P. Fahlsing, undersigned attorney for Defendant Hong in the above-entitled cause of action, hereby certifies that on December 16, 2013, I sent Defendant's Rule 26 disclosures to the above-captioned attorneys via electronic mail, and that I electronically filed this Certificate of Service.

Dated: December 16, 2013          By: /s/ Joshua P. Fahlsing
                                                     Joshua P. Fahlsing (72737)