IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

        Plaintiff,

                                              Case No.  1:13-cv-00534-RJJ

v.

QUYEN HONG,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC, and Defendant Quyen Hong, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Quyen Hong respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Quyen Hong's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                                                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Paul J. Nicoletti* | */s/ Joshua Patrick Fahlsing* |
| Paul J. Nicoletti, Esquire | Joshua Patrick Fahlsing, Esquire |
| NICOLETTI LAW, PLC | FAHLSING LAW PLLC |
| 33717 Woodward Avenue | Federal Square Bldg. |
| Suite 433 | 29 Peal St. NW, Suite 145 |
| Birmingham, MI 48009 | Grand Rapids, MI 49503 |
| Phone:  248-203-7800 | Phone:  616-558-2592 |
| pauljnicoletti@gmail.com | joshfahlsing@gmail.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2014, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By: /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti